UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT BELLINGHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TREVON B. DEVROE,

    Defendant.

Case No.:   CR18-206 PLM

INFORMATION
(MISDEMEANOR)

The United States Attorney charges that:

On or about June 21, 2018, at Naval Air Station Whidbey Island, Oak Harbor, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, TREVON B. DEVROE, did knowingly or intentionally possess a controlled substance, marijuana.

All in violation of Title 18, United States Code, Section 7 and Title 21, United States Code, Section 844.

DATED this 29TH day of AUGUST, 2018.

ANNETTE L. HAYES
United States Attorney

KEVIN O. MCCONNELL
Special Assistant U. S. Attorney

Page 1 of 1– INFORMATION (MISDEMEANOR)
USA v. TREVON B. DEVROE

Special Asst. U. S. Attorney
Region Legal Service Office
1045 W Midway St, Bldg 2739
Oak Harbor, WA 98278
(360) 257-2011